**Order filed July 2, 2015**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-15-00270-CV

————————

### OSAIGBOVA NEHIKHARE, Appellant

### V.

### CREEKSIDE COMMUNITY ASSOCIATION, INC., Appellee

On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2014-39356

# O R D E R

Appellant's brief was due June 19, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 3, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM